IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ARON HAWKINS**                                                                                        **PETITIONER**

**V.**                                  **NO. 3:21-CV-265-DMB-RP**

**STATE, et al.**                          **RESPONDENTS**

**ORDER**

On or about December 14, 2021, Aron Hawkins filed a pro se petition for a writ of habeas corpus[1] in the United States District Court for the Northern District of Mississippi. Doc. #1. Hawkins also filed a motion to proceed in forma pauperis. Doc. #2. On March 2, 2022, the Court, finding that Hawkins did not use the standard form for filing a petition for a writ of habeas corpus and did not submit a proper request to proceed in forma pauperis,[2] issued an order directing Hawkins to (1) complete and return the proper habeas corpus form and (2) either complete and return the proper in forma pauperis forms or pay the filing fee. Doc. #4. The order required Hawkins to take such actions within twenty-one days and "warned that his failure to comply with the requirements of this order may lead to the dismissal" of this case. *Id*. Hawkins failed to return the completed forms within the specified time period and has not done so to date.

On April 11, 2022, the Court ordered Hawkins to show cause "why his case should not be involuntarily dismissed as provided by Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with an order of the court." Doc. #5. On or about April 25, 2022, Hawkins submitted a response consisting of additional habeas-related allegations and supporting

---

[1] Based on the substance of the document Hawkins submitted, the Court construed the document as a petition for a writ of habeas corpus under 28 U.S.C. § 2254. *See* Doc. #4.

[2] Hawkins did not sign his original application to proceed in forma pauperis. *See* Doc. #2 at PageID 78.

documentation. Doc. #8. But Hawkins' response does not contain the proper habeas corpus forms or proper in forma pauperis forms and he has not paid the filing fee. *See id.* at PageID 86–169. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), this case is **DISMISSED without prejudice** for Hawkins' failure to comply with a court order.

    **SO ORDERED**, this 26th day of April, 2022.

/s/Debra M. Brown<br>**UNITED STATES DISTRICT JUDGE**